FILED by _____ D.C.

**Mar 6, 2020**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## 20-20139-CR-SINGHAL/MCALILEY
CASE NO. _____

18 U.S.C. § 641
18 U.S.C. § 981(a)(1)(C)

UNITED STATES OF AMERICA

vs.

MELODY ARNETTE DYSON,

   Defendant.

_____/

## INFORMATION

The United States Attorney charges that:

From on or about March 6, 2014 through on or about July 2019, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

### MELODY ARNETTE DYSON,

did knowingly and willfully embezzle, steal, and purloin and convert to her own use, money of the United States and a department and agency thereof, that is, the United States Social Security Administration, the aggregate amount of which exceeded $1,000, that is, Social Security Benefits, to which the defendant was not entitled, in violation of Title 18, United States Code, Section 641.

## FORFEITURE ALLEGATIONS

1.     The allegations in this Information are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **MELODY ARNETTE DYSON**, has an interest.

2.      Upon conviction of a violation of Title 18, United States Code, Section 641, as alleged in this Information, the defendant shall forfeit to the United States any property, real and personal, which constitutes or is derived from proceeds traceable to such violation, pursuant to Title 18, United States Code, Section 981(a)(1)(C).

All pursuant to Title 18, United States Code, Section 981(a)(1)(C); and the procedures set forth at Title 21, United States Code, Section 853, as incorporated by Title 18, United States Code, Section 2461(c).


_____
ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY


_____
LEILA BABAEVA
SPECIAL ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA

v.

**MELODY ARNETTE DYSON,**

_____/
             Defendant

CASE NO._____

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

New defendant(s)        Yes ____   No ____
Number of new defendants        ____
Total number of counts        ____

**Court Division:** (Select One)
✓ Miami  ___ Key West
___ FTL   ___ WPB   ___ FTP

1.  I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.  I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.  Interpreter:    (Yes or No)    No____
    List language and/or dialect    _____

4.  This case will take  0  days for the parties to try.

5.  Please check appropriate category and type of offense listed below:

    (Check only one)                    (Check only one)
    I    0 to 5 days       ✓       Petty       _____
    II   6 to 10 days      _____   Minor       _____
    III  11 to 20 days     _____   Misdem.     _____
    IV   21 to 60 days     _____   Felony      ✓
    V    61 days and over  _____

6.  Has this case previously been filed in this District Court?    (Yes or No)    No
    If yes: Judge _____    Case No. _____
    (Attach copy of dispositive order)
    Has a complaint been filed in this matter?    (Yes or No)    No
    If yes: Magistrate Case No. _____
    Related miscellaneous numbers: _____
    Defendant(s) in federal custody as of _____
    Defendant(s) in state custody as of _____
    Rule 20 from the District of _____

    Is this a potential death penalty case? (Yes or No)    No

7.  Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?    Yes ____    No ✓

8.  Does this case originate from a matter pending in the Northern Region U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?    Yes ____    No ✓

_____
**LEILA BABAEVA**
SPECIAL ASSISTANT UNITED STATES ATTORNEY
COURT ID. A5502591

*Penalty Sheet(s) attached

REV 8/13/2018

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:**  MELODY ARNETTE DYSON

**Case No:**

Count #: 1

Theft of Government Funds

Title 18, United States Code, Section 641

**\*Max. Penalty:** Ten (10) Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. |
| | ) | |
| MELODY ARNETTE DYSON, | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____02/18/2020_____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

*Printed name of defendant's attorney*

_____
*Judge's signature*

_____MAGISTRATE JUDGE, CHRIS M. MCALILEY_____
*Judge's printed name and title*